IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **SIERRA CLUB,**<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>**REGINA MCCARTHY,**<br>in her official capacity as Administrator,<br>United States Environmental Protection Agency,<br>Ariel Rios Building<br>1200 Pennsylvania Avenue, NW<br>Washington, DC 20460<br><br>　　　　Defendant. | **Case No.** 1:15-cv-01555 |

## CERTIFICATE OF SERVICE

I, Kadie McShirley, certify and declare as follows:

　　I am over the age of 18 years old and not a party to this action. My business address is 85 Second Street, Second Floor, San Francisco, CA, 94105, which is located in the county where the mailing described below took place.

　　On September 23rd, 2015, I served a true and exact copy of the following documents, which were electronically filed with the Court's ECF system, on the recipients listed below via certified mail:

- Summons in a Civil Action
- Civil Cover Sheet
- Complaint for Declaratory and Injunctive Relief
- Certificate Required by Rule LCvR 7.1
- Motion for *Pro Hac Vice* Admission of Joshua Smith, Esq.

- Declaration of Joshua Smith, Esq. in Support of Motion for *Pro Hac Vice* Admission

Gina McCarthy
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N. W.
Washington, D.C. 20460

Loretta Lynch
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Vincent H. Cohen, Jr.
U.S. Attorney for the District of Columbia
c/o Civil-Process Clerk
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

I certify and declare under penalty of perjury that the foregoing is true and correct.

Executed on September 24th, 2015.

___/s/ Kadie McShirley_____
Kadie McShirley
Legal Assistant
Sierra Club
85 2nd Street, 2nd Floor
San Francisco, CA, 94105