IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

SIERRA CLUB
85 Second Street, 2nd Floor
San Francisco, CA 94105,

    Plaintiff,

vs.

REGINA MCCARTHY,
in her official capacity as Administrator,
United States Environmental Protection Agency,
Ariel Rios Building
1200 Pennsylvania Avenue, NW
Washington, DC 20460

    Defendant.

Case No. 1:15-cv-01555

## AFFIDAVIT FOR PROOF OF SERVICE

I, Kadie McShirley, certify and declare as follows:

I am over the age of 18 years old and not a party to this action. My business address is 85 Second Street, Second Floor, San Francisco, CA, 94105, which is located in the county where the mailing described below took place.

On September 23, 2015, I served a true and exact copy of the following documents, which were electronically filed with the Court's ECF system, on the recipients listed below via certified mail:

- Summons in a Civil Action
- Civil Cover Sheet
- Complaint for Declaratory and Injunctive Relief
- Certificate Required by Rule LCvR 7.1

- Motion for *Pro Hac Vice* Admission of Joshua Smith, Esq.

- Declaration of Joshua Smith, Esq. in Support of Motion for *Pro Hac Vice* Admission

Gina McCarthy
Administrator
U.S. Environmental Protection Agency
Ariel Rios Building
1200 Pennsylvania Ave., N. W.
Washington, D.C. 20460

Loretta Lynch
U.S. Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

Vincent H. Cohen, Jr.
U.S. Attorney for the District of Columbia
c/o Civil-Process Clerk
U.S. Attorney's Office
555 4th Street, NW
Washington, DC 20530

I received the signed USPS return receipt from the office of Gina McCarthy, U.S. Environmental Protection Agency Administrator, with a date of delivery of September 28, 2015. Exhibit A. I received the signed USPS return receipt from the office of Loretta Lynch, U.S. Attorney General, with a date of delivery of September 29, 2015. Exhibit B. I did not receive a signed USPS return receipt from the office of Vincent H. Cohen, Jr., U.S. Attorney for the District of Columbia, but did receive verbal confirmation via telephone that the filing was delivered on September 30, 2015.

I certify and declare under penalty of perjury that the foregoing is true and correct.

_____
Kadie McShirley

SUBSCRIBED AND SWORN to me before this 14th day of October, 2015, by Nicole M. Rider, notary public

[Notary Seal: NICOLE M. RIDER, Commission # 2067751, Notary Public - California, San Francisco County, My Comm. Expires May 10, 2018]

_____
Notary Public
My Commission Expires: May 10th, 2018

## **CERTIFICATE OF SERVICE**

I hereby certify that that Sierra Club's Affidavit for Proof of Service was filed on this day through the Court's electronic filing system with notice of this filing sent to all registered users.

/s/ Joshua D. Smith
Joshua Smith
Counsel for Sierra Club

Dated: October 14, 2015

# Exhibit A

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)   C. Date of Delivery<br>SEP 28 2015<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No |
| 1. Article Addressed to:<br><br>Gina McCarthy<br>Administrator<br>U.S. Environmental Protection Agency<br>Ariel Rios Building<br>1200 Pennsylvania Ave., N. W.<br>Washington, D.C. 20460 | 3. Service Type<br>☑ Certified Mail®   ☐ Priority Mail Express™<br>☐ Registered        ☑ Return Receipt for Merchandise<br>☐ Insured Mail      ☐ Collect on Delivery<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number<br>7014 2120 0003 0844 0354 | |
| PS Form 3811, July 2013   Domestic Return Receipt | |

# Exhibit B

**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Loretta Lynch
   U.S. Attorney General
   U.S. Department of Justice
   950 Pennsylvania Avenue, NW
   Washington, DC 20530-0001

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _[signature]_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name): _[illegible]_    C. Date of Delivery: SEP 29 '15

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

3. Service Type
   ☑ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☑ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number: 7014 2120 0003 0844 0347

PS Form 3811, July 2013        Domestic Return Receipt